IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARCIDES CRUZ-HERNANDEZ,<br>    Plaintiff,<br>vs.<br><br>JOHNSON COUNTY DETENTION<br>CENTER, et al.,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br>Civil Action No. 3:16-CV-220-M-BH<br><br><br><br>Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*U.S. Immigration and Customs Enforcement's Motion to Dismiss for Lack of Subject Matter Jurisdiction*, filed July 5, 2016 (doc. 30), and *Defendant Johnson County Detention Center's Rule 12(b)(6) Motion to Dismiss*, filed July 6, 2016 (doc. 33) are both **GRANTED**. The alternative *U.S. Immigration and Customs Enforcement's Motion for a More Definite Statement*, filed July 5, 2016 (doc. 30), is **DENIED as moot**. By separate judgment, the plaintiff's Federal Tort Claims Act and immigration claims will be **DISMISSED without prejudice** for lack of subject matter jurisdiction, and the plaintiff's 42 U.S.C. § 1983, *Bivens*, and Title VII claims against any remaining defendants will be **DISMISSED with prejudice** for failure to state a claim.

SIGNED this 31st day of January, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE